■ In the Matter of the Claim of THOMAS J. GILMARTIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for permission to appeal to the Court of Appeals granted, without costs.

■ In the Matter of the Claims of J. JOYCE GILL et al., Respondents. EMPIRE STATE MUSIC FESTIVAL, INC., Appellant; ISADOR LUBIN, as Industrial Commissioner, Appellant.— Motion by Robert L. Harder, Esq., heretofore appointed to represent the claimants-respondents herein for an order fixing his fees and disbursements. Motion granted and his fee is hereby allowed and fixed in the sum of $150 and his disbursements are allowed in the sum of $25.

■ HENRY T. NEELY, as Administrator of the Estate of PHILIP A. NEELY, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33508.) — Motion for permission to appeal to the Court of Appeals dismissed, without costs.

■ BELOTTE AND NARDONE, INC., Appellant, v. DUNN GARDEN APARTMENTS, INC., Respondent.— Appeal reinstated and the order of this court, entered September 27, 1960, is amended by extending the time of appellant to file and serve record, brief and note of issue to April 17, 1961 and be ready for argument at the term to commence May 15, 1961.

■ In the Matter of the Claim of JOHN KRASKA, Respondent. LORD AND TAYLOR, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion by Robert L. Harder, Esq., heretofore appointed to represent claimant-respondent herein for an order fixing his fees and disbursements. Motion granted and his' fee is hereby allowed and fixed in the sum of $150 and his disbursements are allowed in the sum of $25.

■ In the Matter of the Claim of ORAZIO PERROTTA, Respondent, v. LUIGI SETTE et al., Appellants, and EXCEL CONTRACTING CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss purported notice of appeal denied. Appeal, taken on January 20, 1961, dismissed, without costs, unless appellant shall file and serve record, brief and note of issue on or before April 17, 1961 and is ready for argument at the term to commence May 15, 1961, in which event motion denied.

■ MICHAEL PROC, Appellant, v. J. VINCENT HALL et al., Respondents.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD E. MOORE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Time to perfect appeal extended to June 6, 1961.

■ In the Matter of the Claim of OLGA SINDONE, Appellant, v. LA SALA BROS., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Application for permission to extend time to perfect appeal granted, upon condition that appellant file and serve record, brief and note of issue on or before April 17, 1961 and is ready for argument at the term to commence May 15, 1961.

■ In the Matter of the Claim of WILLIE M. WILLIAMS, Respondent, v. ABE SOLOMON, Appellant, and M. KENNEDY AND Co., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to vacate the order of this court entered October 31, 1960, and to place the case on the calendar for the March 1961 Term granted, without costs.

■ In the Matter of SYLVIA TROWBRIDGE, Doing Business as TROWBRIDGE FARM, Petitioner, v. BERNARD KATZEN et al., Constituting the State Commission Against Discrimination, Respondents.— Motion by the American Jewish Committee and the Anti-Defamation League of B'nai B'rith for permission to serve and file a joint brief amici curiæ granted.